**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

B. RAI GUPTA, M.D., P.A.,

   Plaintiff,

v.          Case No:   6:25-cv-445-PGB-LHP

CIGNA HEALTH AND LIFE
INSURANCE COMPANY and
ALLEGIANCE BENEFIT PLAN
MANAGEMENT, INC.,

   Defendants

---

**ORDER**

Before the Court is Defendants' Motion to Compel Production of Documents. Doc. No. 38.   The motion relates to Requests for Production ("RFPs") served on August 25, 2025, to which Plaintiff responded on October 13, 2025, and after conferral, later served amended responses on December 4–5, 2025, withdrawing some objections.   *Id.*; *see also* Doc. Nos. 38-1, 38-2.   However, Defendants contend that the responsive document production is incomplete, in that Plaintiff has failed to produce responsive office visit logs, scheduling records, and billing statements for certain patients whose claims are at issue.   Doc. No. 38, at 2.   Defendants made repeated requests for the documents, but Plaintiff failed to produce them.   *Id.*; *see*

*also* Doc. No. 38-3.[1]   So, Defendants seek to compel their production, as well as an award of fees for filing the motion.   Doc. No. 38.

Plaintiff has not responded to the motion, and the time for doing so expired on March 2, 2026.   *See* Doc. No. 25 ¶ 5 (providing that opposition briefing to a discovery motion must be filed no later than five days after the motion). Accordingly, the Court deems the motion to be unopposed in all respects.   *See id.* (stating that failure to file a timely response *will* result in the discovery motion being deemed unopposed); *see also Weaver v. Green Sols. of Fla. LLC*, No. 6:23-cv-2059-CEM-LHP, 2024 WL 4275221, at *1 (M.D. Fla. Sept. 24, 2024) (granting motion to compel as unopposed when opposing party failed to file a timely response in accordance with Standing Discovery Order); *Westchester Surplus Lines Ins. Co. v. Paramount Disaster Recovery, LLC*, No. 6:18-cv-1738-Orl-37DCI, 2019 WL 5294804, at *1 (M.D. Fla. Apr. 19, 2019) ("The Court routinely grants motions as unopposed where the opposing parties have not filed a response in opposition to the motion."); *Bercini v. City of Orlando*, No. 6:15-cv-1921-Orl-41TBS, 2016 WL 11448993, at *2 (M.D. Fla. Sept. 28, 2016) (granting in full unopposed motion to compel); *Daisy, Inc. v. Pollo Operations, Inc.*, No. 2:14-cv-564-FtM-38CM, 2015 WL 2342951, at *1 (M.D. Fla. May

---

[1] According to the email communications attached to the motion, Plaintiff testified at deposition there should be billing statements for each patient at issue and office visit records for same.   Doc. No. 38-3, at 4.

14, 2015) (when defendant did not respond court could consider motion to compel unopposed).

Upon review of the motion, and the related discovery attached, the Court finds the motion well taken as to the requested discovery, given Plaintiff's apparent concession that responsive documents remain outstanding, and the lack of a response to the present motion.   The Court declines in this one instance, however, to award sanctions.   *See* Fed. R. Civ. P. 37(a)(5)(A)(iii).

Accordingly, it is **ORDERED** as follows:

1.      Defendants' Motion to Compel Production of Documents (Doc. No. 38) is **GRANTED**.

2.      Within **fourteen (14) days** of the date of this Order, Plaintiff shall serve on Defendants all outstanding responsive office visit logs, scheduling records, and billing statements for patients whose claims are at issue.   *See, e.g.*, Doc. No. 38-2, at 4 (Request 5), *id.* at 6 (Request 7), *id.* at 11 (Request 23), *id.* at 17 (Request 3).

3.      All objections to the discovery at issue have been waived by the failure to timely respond to the motion to compel.   *See, e.g., Jackson v. Geometrica, Inc.*, No. 3:04-cv-640-J-20HTS, 2006 WL 213860, at *1 (M.D. Fla. Jan. 27, 2006) (objections not addressed in response to a motion to compel are deemed abandoned); *Bercini*, 2016 WL 11448993, at *2 (same).

4.    **Failure to comply with this Order may result in sanctions.**   *See* **Fed. R. Civ. P. 37(b).**

**DONE** and **ORDERED** in Orlando, Florida on March 3, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record